# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MENDEZ,<br><br>Petitioner,<br><br>vs.<br><br>MATTHEW CATE,<br><br>Respondent. | Case No. CV 12-6295-RGK (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 20, 2012

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE